THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD R. THOMAS, Appellant.

*People* v. *Thomas,* 110 App. Div. 889, affirmed.
(Argued February 13, 1906; decided February 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1905, which affirmed a judgment of the Court of Special Sessions in the city of New York convicting the defendant of a misdemeanor in operating an automobile at an unlawful rate of speed.

*P. J. Rooney* and *Alfred Lauterbach* for appellant.

*William Travers Jerome,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.